# EXHIBIT C



2000 RENAISSANCE PLAZA
230 NORTH ELM STREET
GREENSBORO, NC 27401

T 336.373.8850
F 336.378.1001
WWW.BROOKSPIERCE.COM

April 19, 2016

**VIA EMAIL/U.S. Mail**

Douglas F. Patrick
Austin Watts
Covington Patrick Hagins Stern & Lewis
PO Box 2343
Greenville, SC 29602

Re:   Frederick D. Shepherd, Jr. v. Community First Bank, et al, Case No. 8:15-cv-04337-MGL: Production of Documents

Dear Doug and Austin:

On behalf of Community First Bank, Inc. ("Community First"), I enclose a disc that contains documents responsive to your September 25, 2015 Discovery Requests. The password to the disc will be sent to you by separate email.

I also enclose Exhibit A to this letter, which contains a privilege log.

\*   \*   \*

The documents contained in the enclosed disc, Bates-stamped CFB-Shepherd 000001-331, are not to be construed as a waiver of any protection from disclosure or confidential treatment afforded by law or Court order. Community First hereby relies on and invokes any and all such confidential protections.

Further, by providing you the enclosed disc, Community First does not waive any applicable rights or defenses it may have, including those relating to any applicable privilege, such as the attorney-client and work product privileges.

If you have any questions regarding this letter, Exhibit A or the enclosed disc, please feel free to contact me at joutling@brookspierce.com or (336) 232-4685, or James C. Adams, II at jadams@brookspierce.com or (336) 271-3117.

Writer's Direct Dial: 336-232-4685          Fax: 336-232-9085          Email: joutling@brookspierce.com

Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.

Attorneys and Counsellors at Law

Douglas F. Patrick
Austin Watts
April 19, 2016
Page 2

                        Very truly yours

                        Justin N. Outling

Enclosure

cc:    James C. Adams, II (via email)
       David R. Price, Jr. (via email)