# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Frederick D. Shepherd, Jr., | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | Civil Action No.  8:15-cv-04337-DCC |
| Community First Bank; Richard D. Burleson; Gary | ) | |
| V. Thrift; Dr. Larry S. Bowman; William M. Brown; | ) | |
| John R. Hamrick; James E. Turner; Charles L. | | |
| Winchester; Robert H. Edwards; Community First | | |
| Bank SERP, | | |
| *Defendant,* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ other: the Plaintiff's Memorandum in Support of Judgment is granted and Defendants' Memorandum in Support of Judgment is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:    March 28, 2019                    *ROBIN L. BLUME, CLERK OF COURT*

                                                    s/Ashley Buckingham
                                        _____
                                                *Signature of Clerk or Deputy Clerk*