UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| FREDERICK D. SHEPHERD, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY FIRST BANK, COMMUNITY FIRST BANK SERP PLAN, RICHARD D. BURLESON, GARY V. THRIFT, DR. LARRY S. BOWMAN, WILLIAM M. BROWN, JOHN R. HAMRICK, JAMES E. TURNER, CHARLES L. WINCHESTER, and ROBERT H. EDWARDS, <br><br> Defendants. | Civil Action No. 8:15-CV-04337-DCC <br><br><br> SATISFACTION OF JUDGMENT |

FOR VALUABLE CONSIDERATION, the Judgment entered in the within case has been paid in full and the Clerk of Court is hereby authorized to mark such judgment as having been paid in full and fully satisfied.

_____
Austin F. Watts (Fed Bar# 12120)
Attorney for the Plaintiff
Frederick D. Shepherd, Jr.

Greenville, South Carolina

September 5, 2019

STATE OF SOUTH CAROLINA        )
                               )        ACKNOWLEDGMENT
COUNTY OF GREENVILLE           )

PERSONALLY appeared before me, Douglas F. Patrick, the attorney for the Plaintiff Frederick D. Shepherd, Jr., who being known to me, acknowledged that he signed the foregoing Satisfaction of Judgment on the 5th day of September, 2019.

*Sherri K Garrett*
NOTARY PUBLIC FOR SOUTH CAROLINA
Comm Expires: 10/10/2023